UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23319-PCH

YAINIER E. MENDIBURT,

    *Plaintiff*,

v.

S1 SECURITY GROUP, INC.,
and ROLANDO E. PALMA, individually,

    *Defendants*,
_____/



### ORDER GRANTING JOINT MOTION TO APPROVE THE PARTIES' SETTLEMENT AGREEMENT

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissal with Prejudice [ECF No. 9]. The Court, having reviewed the Motion and the record in this case, having noted the agreement of the parties, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Motion [ECF No. 9] is **GRANTED** and the parties' settlement is **APPROVED**. It is further ordered that this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement become necessary. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Miami, Florida this 30th day of November, 2022.

                                                                             _____
                                                                             **PAUL C. HUCK**
                                                                             **UNITED STATES DISTRICT JUDGE**

Copies provided to:
All Counsel of Record